IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ROSE MARY SANCHEZ, AS INDEPENDENT )
ADMINISTRATOR OF THE ESTATE )
OF DANIEL SANCHEZ, DECEASED )
)
        Plaintiff, )   Case No.   21-50268
)
VS. )
)
UNITED STATES OF AMERICA, )
)
        Defendant, )

## COMPLAINT

NOW COMES the plaintiff, Rose Mary Sanchez, as Independent Administrator of the Estate of Daniel Sanchez, deceased, by Melton Law Firm, LLC, M. Tod Melton of counsel, and for her complaint against the defendant, states:

### PARTIES

1. At all times relevant hereto, Daniel Sanchez was an adult resident citizen of Ogle County, Illinois.

2. Rose Mary Sanchez, at all times relevant hereto, was and is an adult resident citizen of Ogle County, Illinois.

3. At all times relevant hereto, Crusader Clinic was a federally funded clinic with its principal place of business in Winnebago County, Illinois.

### JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction of this action pursuant to 28 USC §1346(b). Administrative remedies have been exhausted to the extent that a claim was submitted to the Department of Health & Human Services, with receipt acknowledged as of August 18, 2020. More than six months have passed without action by the department.

5. Venue is proper pursuant to 28 USC §1402(b). Plaintiff resides in the Northern District of Illinois, Western Division, and all the events giving rise to this action occurred in the Northern District of Illinois, Western Division.

### FACTUAL ALLEGATIONS

6. On October 12, 2016, Daniel Sanchez reported to the Crusader Clinic in Rockford, Illinois with new symptoms of "right low back pain and felt like his kidney." He was given prostate medication, despite the absence of any testing for either kidney or prostate disorders.

7. Mr. Sanchez made multiple visits to Crusader Clinic between October 12, 2016 and August 20, 2018 with increasing signs and symptoms of kidney cancer, including but not limited to frequent urination, low back pain, night sweats, and rapid weight loss. However, no diagnosis was made.

8. From October 12, 2016 until August 20, 2018, Crusader Clinic, by and through its agents and employees, was guilty of one or more of the following negligent acts and/or omissions:

   a. Failed to recognize signs and symptoms of urological cancer.
   b. Failed to order adequate testing to rule out urological cancer.
   c. Failed to make appropriate referral to a urologist or urological oncologist.

### COUNT I: WRONGFUL DEATH

9. As a direct and proximate result of the acts and/or omissions of the agents and employees of the Crusader Clinic, Daniel Sanchez died on November 27, 2018. He is survived by his wife and their mentally disabled adult son. This count is brought pursuant to the Illinois Wrongful Death Act 740 ILCS-180/1, et seq.

10. Rose Mary Sanchez was appointed Independent Administrator of the Estate of Daniel Sanchez by the Circuit Court of the Fifteenth Judicial Circuit, Ogle County Illinois, on October 28, 2019, Case number 2019-P-78, and is qualified to act.

### COUNT II: SURVIVAL ACTION

11. As a direct and proximate result of the acts and/or omissions of the agents and employees of the Crusader Clinic, Daniel Sanchez endured conscience pain, suffering, emotional distress, and loss of normal life, prior to the time of his death.

### PRAYER FOR RELIEF

12. WHEREFORE, premises considered, the plaintiff, Rose Mary Sanchez, as Independent Administrator of the Estate of Daniel Sanchez, respectfully prays that this court enter judgment for the plaintiff and against the defendant for $20 million in compensatory damages and costs of this cause.

Respectfully submitted,

Rose Mary Sanchez, as Independent Administrator of the Estate of Daniel Sanchez, Plaintiff

By: _____
M. Tod Melton
**Melton Law Firm, LLC**
907 Rock Falls Road
Rock Falls, IL 61071
(309) 794-0784
mtmelton@meltonlawfirmllc.com